FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 21, 2019

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LIZZIE ROBERTSON,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>SHERIFF JERRY HATCHER, LT. UNKNOWN GUERRERO, LT. UNKNOWN COMBS, and LT. UNKNOWN SOUZA,<br><br>　　　Defendants. | NO. 4:18-cv-05173-SAB<br><br>**ORDER DISMISSING CASE** |

On October 24, 2019, the Court ordered Plaintiff to show cause why the above-captioned matter should not be dismissed for failure to prosecute. ECF No. 33. Plaintiff has not responded to the Court's Order.

//
//
//
//
//
//
//
//

**ORDER DISMISSING CASE * 1**

Accordingly, **IT IS HEREBY ORDERED:**

1. The above-captioned matter is **DISMISSED, without prejudice**.

2. Any pending motions are **dismissed as moot**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel and **CLOSE this file**.

**DATED** this 21st day of November 2019.



Stanley A. Bastian
United States District Judge

**ORDER DISMISSING CASE \* 2**